■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DMITRIY ARTEEV, Appellant. [991 NYS2d 776]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Delligatti, J.), rendered June 13, 2013, convicting him of promoting a sexual performance by a child as a sexually motivated felony, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Lopez*, 6 NY3d at 255; *People v Seaberg*, 74 NY2d 1, 11 [1989]). Rivera, J.P., Roman, Sgroi and LaSalle, JJ., concur.